**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TESSA KNOX, PAMELA KASSEN, LAURENTINA CHAPARRO, HILLARY CRANDLE, JOY FUSARO, ALYSSA HICKEY, MARGRET HOLCOMB, MICHELLE ORTIZ, TRIPTI PANDEY, WIJDAN SHOUBAKI, JENA TOBAK, CHRISTINA TORRES, and ARISSIA TOSSETTI,

                    Plaintiffs,

    -against-                              21 **CIVIL** 6321 (DLC)

                                                        **JUDGMENT**

IRONSHORE INDEMNITY INC.,

                    Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 10, 2021, because the Prior Acts Exclusion means that the conduct underlying the Judgment is not covered by the insurance policy that Ironshore issued to Varvatos, Ironshore's motion to dismiss is granted. The plaintiff's motions for partial summary judgment and for class certification are denied as moot. Judgment is entered for Ironshore; accordingly, the case is closed.

**Dated:** New York, New York

      December 10, 2021

                                                                  **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                              **BY:**   *K. Mango*

                                                                      **Deputy Clerk**